# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No 17 B 17522 |
| Conchita Taylor-King, | Judge Deborah L. Thorne |
| | Chapter 7 |
| Debtor. | Trustee – Philip V. Martino |

## NOTICE OF MOTION

**TO:**  Philip Martino, Chapter 7 Trustee*    Patrick Layng, U.S. Trustee*

**PLEASE TAKE NOTICE** that on Thursday, October 19, 2017 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Deborah L. Thorne, Bankruptcy Judge, or any other judge sitting in her stead, in Room 613, the courtroom usually occupied by her, in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois and then and there present Debtor's MOTION TO WAIVE THE FINAL INSTALLMENT OF THE FILING FEE, a copy of which is attached hereto, at which time and place you may appear if you see fit.

 /s/ Kari A. Beyer
Kari A. Beyer

Kari A. Beyer
Attorney for Debtor
ARDC ID# 6291397
LAF
120 S. LaSalle, #900
Chicago, IL 60603
Phone: 312-347-8349
kbeyer@lafchicago.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice and the attached Motion or Document(s):  (a) was filed with the court on this  4th  day of  October , 2017, and that the persons indicated by an asterisk (*) are registrants with the Court's CM/ECF system and participants in this case and have, pursuant to Fed. R. Bankr. P. 7005 and 9036, and §II.B.2 of the Court's Administrative Procedures waived the right to receive notice of hearings and service of documents by personal service or first class mail in this case and consented to receive notice and service electronically.

*/s/ Kari A. Beyer*
Kari A. Beyer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Case No 17 B 17522 |
| Conchita Taylor-King, | Judge Deborah L. Thorne |
| | Chapter 7 |
| Debtor. | Trustee – Philip V. Martino |

### DEBTOR'S MOTION TO WAIVE THE FINAL INSTALLMENT OF THE FILING FEE

Debtor, Conchita Taylor-King, pursuant to 28 U.S.C. § 1930(f)(1), hereby moves for a waiver of the final installment of her filing fee. In support of her motion, Debtor states as follows:

1. On June 6, 2017, Ms. Taylor-King filed her Chapter 7 bankruptcy petition and schedules.

2. With the filing of her petition, Ms. Taylor-King filed an application to pay the filing fee in installments.

3. At the time Ms. Taylor-King filed her petition and application to pay the filing fee in installments, she was employed.

4. Ms. Taylor-King's application to pay the filing fee in installments was granted on June 15, 2017 and set forth the following schedule for payments:

    1. 83.75 due 7/7/2017
    2. 83.75 due 8/7/2017
    3. 83.75 due 9/6/2017

    4. 83.75 due 10/6/2017

5. Ms. Taylor-King has paid her first three installments.

6. On August 17, 2017, Ms. Taylor-King was laid off from her job. *See* Ms. Taylor-King's Declaration, attached as Ex. A, ¶ 4.

7. Ms. Taylor-King did not begin working again until September 25, 2017. Ms. Taylor-King is working with a temporary agency for placement in substitute teaching positions. Ms. Taylor-King will be paid $14 per hour. Ms. Taylor-King does not know how often she will be placed in a substitute teaching position. Ex. A, ¶ 6.

8. Ms. Taylor-King will not receive her first paycheck from the temporary agency until October 13, 2017. Ex. A, ¶ 7.

9. 28 U.S.C. § 1930 (f)(1) provides that the bankruptcy court may waive the filing fee in a Chapter 7 case for a debtor whose income is less than 150% of the federal poverty line and who is unable to pay the filing fee in installments.

10. 150% of the federal poverty level is $2,030 per month for a household of two. Ms. Taylor-King's income was less than 150% of the federal poverty level for the month that she was unemployed.

11. Ms. Taylor-King made a good effort and has paid three-quarters of the filing fee in installments, as she was employed and able to pay.

12. Ms. Taylor-King requests that this Court waive the final installment of her filing fee payment as she lacked employment for over a month.

WHEREFORE, the Debtor prays that the Court enter an order:

    a) Waiving the final installment of the filing fee of $83.75 due on October 6, 2017; and

b) Granting such other, further and different relief as may be just and proper.

Respectfully submitted,

/s/   *Kari A. Beyer*
Attorney for Debtor

Kari A. Beyer
ARDC# 6291397
LAF
120 South LaSalle Street, Suite 900
Chicago, IL 60603
Phone: 312-347-8349
kbeyer@lafchicago.org